UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

Case Number:  05-14090-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA,

vs.

LEONARD BOGDAN et al.,
    Defendants.
_____/

## ORDER DENYING AMENDED MOTION FOR TRIAL TO BE CONDUCTED IN MIAMI DIVISION

THIS CAUSE came before the Court upon Defendants Linda and James Hollis' Amended Motion for Trial to be Conducted in Miami Division (D.E. No. 178).  Similarly, Defendants John Brant (D.E. No. 179) and Leonard Bodgan (D.E. No. 181) have moved to adopt that motion. The Court has carefully considered the motions and the Government's Response (D.E. No. 182). Defendants essentially argue that the interest of justice requires that the trial in the instant case be held in the Miami Division of the Southern District of Florida, as opposed to the Fort Pierce Division, due to "a series of news articles and newspaper coverage portraying the accused individuals in a bad light."  (D.E. No. 178 at 2).  Defendants further note that several investors who lost money in the alleged fraudulent schemes have been interviewed, which Defendants argue "mak[es] a fair trial in Ft. Pierce impossible."  *Id*.  Furthermore, in a Notice of Supplemental Authority (D.E. No. 183), the Hollis Defendants have filed an article about the pending issue of whether the Defendants can receive a fair trial in Fort Pierce in light of pretrial publicity.  That article quotes from Defendants' briefs.

In response, the Government notes that of the four Defendants set for trial, the Hollis

Defendants live in the Middle District of Florida, two live out of state, and one lives in Martin County. (D.E. No. 182 at 2).  The Government further notes that its "numerous" witnesses live in the "Treasure Coast area and in the Middle District."  *Id*.  The Government argues that Defendants have failed to demonstrate that their right to an impartial jury would be violated.  It emphasizes that the news articles attached to the instant motion were published between January 2001 to January 2003.  *Id*. at 3.  Furthermore, it explains that the jury pool for the Fort Pierce Division is selected from St Lucie, Martin, Indian River, Okeechobee, and Highlands counties, and that news accounts from cases arising in St. Lucie and Martin counties are often not published in the other three counties.  *Id*.

>Federal Rule of Criminal Procedure 18 states:
>
>Unless a statute or these rules permit otherwise, the government must prosecute an offense in a district where the offense was committed. The court must set the place of trial within the district with due regard for the convenience of the defendant and the witnesses, and the prompt administration of justice.

After carefully considering the arguments of the Defendants and the Government, and the factors delineated in Federal Rule of Criminal Procedure 18, this Court agrees that the Defendants have failed to demonstrate that they would be unable to receive a fair trial in the Fort Pierce Division as a result of pretrial publicity.  Furthermore, this Court agrees with the Government that the interest of justice require that the this case be tried in Fort Pierce.

For these reasons, it is hereby:

**ORDERED AND ADJUDGED** that

1. Defendants Linda and James Hollis' Amended Motion for Trial to be Conducted in Miami Division **(D.E. No. 178)** is **DENIED**.

2.  Defendant Brant's Motion to Adopt Codefendant's Amended Motion for Trial to be

Conducted in the Miami Division **(D.E. No. 179)** is **DENIED**.

      3.  Defendant Bogdan's Motion to Adopt Codefendant's Amended Motion for Trial to be Conducted in the Miami Division **(D.E. No. 181)** is **DENIED**.

      DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of December, 2006.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record